UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Curtis Marcell Smallwood,   Civil 13-63 MJD/FLN

   Plaintiff,

v.   O R D E R

Lucinda Jesson,
*Commissioner of Human Services*,

   Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation [Doc. #14] by United States Magistrate Judge Franklin L. Noel dated August 2, 2013, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Respondent's motion to dismiss (ECF No. 8) is **GRANTED**.

2. Petitioner's Application for Writ of Habeas Corpus (ECF No. 1) is **DENIED WITHOUT PREJUDICE.**

3. Petitioner's Motion for Appointment of Counsel (ECF No. 7) is **DENIED** as moot.

DATED: September 5, 2013.   s/Michael J. Davis
   CHIEF JUDGE MICHAEL J. DAVIS
   United States District Court